# INCORRECT ENTRY

**(See Entry No. 6)**