IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGFINIA
AT BECKLEY

CHRISTY M. BREWER,

    Plaintiff,

v.                                    CIVIL ACTION NO.  5:11cv0467

MOUNTAIN STATE UNIVERSITY, INC.,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2012, I filed the "Defendant Mountain State University's Rule 26(a)(3) Disclosures" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Jeffrey V. Mehalic, Esq.
        Law Offices of Jeffrey V. Mehalic
        P.O. Box 11133
        Charleston, WV 25339-1133
        jeff@mehaliclaw.com

|  |  |
|---|---|
|  | /s/ John R. Merinar, Jr. |
|  | John R. Merinar, Jr. (WV ID #6080) |
|  | Jeffrey M. Cropp (WV ID #8030) |
| STEPTOE & JOHNSON PLLC | 400 White Oaks Boulevard |
| OF COUNSEL | Bridgeport, WV  26330 |
|  | (304) 933-8000 |
|  | *Counsel for Defendant* |
|  | *Mountain State University, Inc.* |

6054307