# EXHIBIT G

 Windows Live™

**RE: Appeal**
From: **Christy Brewer** (ivypetals@hotmail.com)
Sent: Mon 6/09/08 1:11 PM
To: James Stebbins (jstebbins@stebbinsandpinkerton.com)
Attachments: image001.jpg (1.4 KB)



Security scan upon download 🌐 TREND

Jamie,

I have thought about this all morning. I want to clarify that we are not just appealing one class (542 Pharm) but four and questioning the validity of the 542 Pharm class. Please refer to lines 168-171 on the xls file I sent you. Remember that when Dr. Ellis told me that I had a 79.8% in the 542 Pharm class he withdrew me from the other 3 classes without my consent.

Classes 3rd semester:

GCRNA 530 Adv Physiology & Path
GCRNA 610 Anesthesia Concepts I
GCRNA 602 Principles of Anesthesia
GCRNA 542 Advanced Pharm

What are the consequences if I did not win the appeal? (Which I totally believe I will). Will a failing grade be posted to my official transcript? I have never earned a "C" and would hate to have that black mark on my transcript. As of right now it looks like that I started taking Fall 07 classes and withdrew? Does the appeal process finalize a grade?

And what about the quaility of education and validity of the 542 Pharm class? I feel that I should be allowed to repeat this class without being punished and with an unfair grade being posted.

So, with all that being said, here is what I would like (please advise if these are good decisions).

1. I would like the 3 grades that I earned for 530, 610 and 602 posted on my official transcript.

2. I would like to repeat the 542 Pharm class. I feel that since no feedback was given and the quality of education was very, very poor I should be given a second opportunity to take this class....even if we win the appeal....then I should be allowed to audit it without payment.

I never felt good about the 542 Pharm class which is why I when to Dr. Ellis on 3 occasions. I dont know what grade I really earned and regardless of what it is this whole class was handled wrong.

So please advise. I do believe we should appeal. I am willing to exhaust all of my resources. I want to make sure that I totally understand the pros and cons of the appeal process.

Kind regards,

*Christy Brewer*

---

Subject: RE: FERPA Form
Date: Mon, 9 Jun 2008 09:42:58 -0400
From: JStebbins@stebbinsandpinkerton.com

N 6|9|08

# EXHIBIT H



Mountain State University

P.O. BOX 9003
BECKLEY, WV 25802-9003
304.253.7351
800.766.6067
WWW.MOUNTAINSTATE.EDU

BECKLEY, WV • ORLANDO, FL • CENTER TOWNSHIP, PA • MARTINSBURG, WV





866 . FOR . MSU1

# NOTIFICATION OF ADMINISTRATIVE DROP
# FROM MOUNTAIN STATE UNIVERSITY

**Christy Brewer**
**1304 Woodland Drive**
**Charleston,  WV  25302**

**Dear Christy Brewer,**

**You are advised that you have been ADMINISTRATIVELY DROPPED from the course(s) on the attached drop form due to nonattendance.**

**You may view your information on Cougar Web at online.mountainstate.edu.**

------------------------------------------------------------------------------------

**If you have any questions, please call Christine Dixson at 929-1677.**



EXHIBIT
Brewer 5
4/23/12    DMP
PENGAD 800-631-6989

EQUAL OPPORTUNITY EMPLOYER

EXHIBIT

A

# Mountain State University

**NOTIFICATION OF ADMINISTRATIVE WITHDRAWAL FROM MOUNTAIN STATE UNIVERSITY**

P.O. BOX 9003
BECKLEY, WV 25802-9003
304.253.7351
800.766.6067
WWW.MOUNTAINSTATE.EDU

BECKLEY, WV • ORLANDO, FL • CENTER TOWNSHIP, PA • MARTINSBURG, WV          866.FOR.MSU1

## Fall 2007

1/5/2008

Christy Brewer
1304 Woodland Drive
Charleston, WV 25302

Dear Christy Brewer,

You are advised that you have ten (10) calendar days from the date of this notice to contest this action.  If you wish to contest this withdrawal, you must do so in writing with the Registrar's office and your instructor.  It must be received in our office no later than January 15, 2008.

Students are issued either a WP for a withdrawal with passing performance or a WF for a withdrawal with failing performance.

CLASS/SECTION:  GCRNA 610

NAME OF CLASS:  Anesthesia Concepts I

INSTRUCTOR:  Wayne Ellis

REASON FOR WITHDRAWAL:  Unsatisfactory Progress

Withdrawal:  WP

Sincerely,

Angie Riffe
Assistant Registrar

EQUAL OPPORTUNITY EMPLOYER

*Mountain State University™*

P.O. Box 900
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

# ADMINISTRATIVE WITHDRAWAL

Campus
☑ Beckley
☐ MSU Martinsburg
☐ MSU Center Township
☐ MSU Orlando

Student's Name _____
　　　　　　　　　Last　　　　　　　　First　　　　　　　Middle

Social Security Number _____   Student ID Number _____

| Dept. | Course Number | Section Number | Course Title | Days | Times |
|-------|--------------|----------------|--------------|------|-------|
| | | | | | |

Grade at time of Administrative Withdrawal　_____ WP (passing)

_____ WF (failing)

Reason for Administrative Withdrawal:

Excessive Absences　　☐　　　　Unsatisfactory Progress　　☐

Inappropriate Behavior　　☐

Comments _____
_____

SIGNATURES:

_____　　　_____
Faculty　　　　　　　　　　　　　　　　　Date

_____　　　_____
Senior Academic Officer　　　　　　　　　Date

_____　　　_____
Student Services　　　　　　　　　　　　Date

ORIGINAL-Student Services　　　YELLOW- Faculty　　　PINK-SAO　　　GOLD-Student　　　Revised 1/26/05



Mountain
State
University

**NOTIFICATION OF ADMINISTRATIVE WITHDRAWAL
FROM MOUNTAIN STATE UNIVERSITY**

P.O. BOX 9003
BECKLEY, WV 25802-9003
304.253.7351
800.766.6067
WWW.MOUNTAINSTATE.EDU

BECKLEY, WV • ORLANDO, FL • CENTER TOWNSHIP, PA • MARTINSBURG, WV



866.FOR.MSU

**Fall 2007**

1/5/2008

**Christy Brewer
1304 Woodland Drive
Charleston, WV 25302**

**Dear Christy Brewer,**

You are advised that you have ten (10) calendar days from the date of this notice to contest this action. If you wish to contest this withdrawal, you must do so in writing with the Registrar's office and your instructor. It must be received in our office no later than January 15, 2008.

Students are issued either a WP for a withdrawal with passing performance or a WF for a withdrawal with failing performance.

**CLASS/SECTION:** GCRNA 530

**NAME OF CLASS:** Adv Physiology & Pathophysiology IV

**INSTRUCTOR:** Wayne Ellis

**REASON FOR WITHDRAWAL:** Unsatisfactory Progress

**Withdrawal:** WP

Sincerely,

**Angie Riffe
Assistant Registrar**

A1281

EQUAL OPPORTUNITY EMPLOYER

# ADMINISTRATIVE WITHDRAWAL

P.O. Box 9003
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

**Mountain State University** ™

Campus
☑ Beckley
☐ MSU Martinsburg
☐ MSU Center Township
☐ MSU Orlando

Student's Name _____
Last                    First                    Middle

Social Security Number _____    Student ID Number _____

| Dept. | Course Number | Section Number | Course Title | Days | Times |
|-------|---------------|----------------|--------------|------|-------|
| | | | | | |

Grade at time of Administrative Withdrawal _____ WP (passing)

_____ WF (failing)

Reason for Administrative Withdrawal:

Excessive Absences ☐                 Unsatisfactory Progress ☐

                                    Inappropriate Behavior ☐

Comments _____

_____

**SIGNATURES:**

_____
Faculty                                          Date

_____
Senior Academic Officer                          Date

_____
Student Services                                 Date

ORIGINAL-Student Services    YELLOW- Faculty    PINK-SAO    GOLD-Student    Revised 1/26/05

# Mountain State University

**NOTIFICATION OF ADMINISTRATIVE WITHDRAWAL FROM MOUNTAIN STATE UNIVERSITY**

P.O. BOX 9003
BECKLEY, WV 25802-9003
304.253.7351
800.766.6965
WWW.MOUNTAINSTATE.EDU



BECKLEY, WV • ORLANDO, FL • CENTER TOWNSHIP, PA • MARTINSBURG, WV          866.FOR.MSUI

**Fall 2007**

1/5/2008

Christy Brewer
1304 Woodland Drive
Charleston, WV 25302

Dear Christy Brewer,

You are advised that you have ten (10) calendar days from the date of this notice to contest this action. If you wish to contest this withdrawal, you must do so in writing with the Registrar's office and your instructor. It must be received in our office no later than January 15, 2008.

Students are issued either a WP for a withdrawal with passing performance or a WF for a withdrawal with failing performance.

CLASS/SECTION: GCRNA 542

NAME OF CLASS: Advanced Pharmacology II

INSTRUCTOR: Wayne Ellis

REASON FOR WITHDRAWAL: Unsatisfactory Progress

Withdrawal: WP

Sincerely,

Angie Riffe
Assistant Registrar

# ADMINISTRATIVE WITHDRAWAL

Campus
- ❏ Beckley
- ❏ MSU Martinsburg
- ❏ MSU Center Township
- ❏ MSU Orlando

Student's Name _____
                    Last                    First                    Middle

Social Security Number _____      Student ID Number _____

| Dept. | Course Number | Section Number | Course Title | Days | Times |
|-------|---------------|----------------|--------------|------|-------|
|       |               |                |              |      |       |

Grade at time of Administrative Withdrawal _____ WP (passing)

_____ WF (failing)

Reason for Administrative Withdrawal:

Excessive Absences                ❏          Unsatisfactory Progress          ❏

                                              Inappropriate Behavior          ❏

Comments _____

_____

**SIGNATURES:**

_____      _____
Faculty                                        Date

_____      _____
Senior Academic Officer                        Date

_____      _____
Student Services                               Date

ORIGINAL-Student Services        YELLOW- Faculty        PINK-SAO        GOLD-Student        Revised 1/26/05

P.O. Box 9003
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

Mountain State University™



**NOTIFICATION OF ADMINISTRATIVE WITHDRAWAL
FROM MOUNTAIN STATE UNIVERSITY**

P.O. BOX 9003
BECKLEY, WV 25802-9003
304.253.7351
800.766.6067
WWW.MOUNTAINSTATE.EDU

BECKLEY, WV • ORLANDO, FL • CENTER TOWNSHIP, PA • MARTINSBURG, WV

866.FOR.MSU1

**Fall   2007**

1/5/2008

Christy Brewer
1304 Woodland Drive
Charleston, WV  25302

Dear Christy Brewer,

You are advised that you have ten (10) calendar days from the date of this notice to contest this action.  If you wish to contest this withdrawal, you must do so in writing with the Registrar's office and your instructor.  It must be received in our office no later than January 15, 2008.

Students are issued either a WP for a withdrawal with passing performance or a WF for a withdrawal with failing performance.

CLASS/SECTION:  GCRNA 602

NAME OF CLASS:  Principles of Anesthesia I

INSTRUCTOR: Wayne Ellis

REASON FOR WITHDRAWAL:  Unsatisfactory Progress

Withdrawal:  WP

Sincerely,


Angie Riffe
Assistant Registrar

# ADMINISTRATIVE WITHDRAWAL

Campus
- ☐ Beckley
- ☐ MSU Martinsburg
- ☐ MSU Center Township
- ☐ MSU Orlando

P.O. Box 9003
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

**Mountain State University** ™

Student's Name _____
                    Last            First            Middle

Social Security Number _____        Student ID Number _____

| Dept. | Course Number | Section Number | Course Title | Days | Times |
|-------|---------------|----------------|--------------|------|-------|
|       |               |                |              |      |       |

Grade at time of Administrative Withdrawal  _____ WP (passing)

_____ WF (failing)

Reason for Administrative Withdrawal:

Excessive Absences                      ☐          Unsatisfactory Progress          ☐

                                                   Inappropriate Behavior           ☐

Comments _____
_____

**SIGNATURES:**

_____          _____
Faculty                                   Date

_____          _____
Senior Academic Officer                   Date

_____          _____
Student Services                          Date

ORIGINAL-Student Services        YELLOW- Faculty        PINK-SAO        GOLD-Student        Revised 1/26/05

# EXHIBIT I

EXHIBIT

Brewer 4

4/23/12          DMP

# GRADE CHANGE REQUEST

P.O. Box 9003
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

Campus
☐ Beckley
☐ MSU Martinsburg
☐ MSU Center Township
☐ MSU Orlando

Name _Brewer_ _Christy_ _____
　　　Last　　　　　　First　　　　　　Middle

Student ID Number _121041_

Original Grade earned: Year _2007/08_　Semester: ☑ Fall ☐ Spring ☐ Summer 1 ☐ Summer 2

Course Name _Adv. Physiology_

Department _GCRNA_ ___ Number _530_ Section _____ Hours _4_

Instructor _W. Ellis_

Original grade issued _WP_ ___ New grade _A_

Reason for grade change _Student successfully_
_Completed Class_

* Practica: If credit hours were earned in more than one semester, a grade change request form is to be submitted for each semester.

SIGNATURES:

_W. Ellis_ ___ _6/16/08_
Instructor　　　　　　　　　　　　　　　　Date

_Reginald Starr_ ___ _6/16/08_
Dean　　　　　　　　　　　　　　　　　　Date
Registrar　　　　　　　　　　　　　　　　Date

ORIGINAL-Student Services　　　YELLOW-Instructor　　　PINK-Dean

Revised
4/18/07

MSU 00142

# GRADE CHANGE REQUEST

**Mountain State University™**

P.O. Box 9003
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

Campus
☐ Beckley
☐ MSU Martinsburg
☐ MSU Center Township
☐ MSU Orlando

Name _____
      Last                First             Middle

Student ID Number _____

Original Grade earned: Year _____ Semester: ☑ Fall ☐ Spring ☐ Summer 1 ☐ Summer 2

Course Name _____

Department _____ Number _____ Section _____ Hours _____

Instructor _____

Original grade issued _____ New grade _____

Reason for grade change _____

_____

_____

• Practica: If credit hours were earned in more than one semester, a grade change request form is to be submitted for each semester.

**SIGNATURES:**

_____     _____
Instructor                                Date

_____     _____
Dean                                    Date

_____     _____
Registrar                                 Date

ORIGINAL-Student Services     YELLOW-Instructor     PINK-Dean     Revised 4/18/07

MSU 00125

# GRADE CHANGE REQUEST

Campus
- ☐ Beckley
- ☐ MSU Martinsburg
- ☐ MSU Center Township
- ☐ MSU Orlando

P.O. Box 9003
Beckley, WV 25802-9003
304-253-7351
1-800-766-6067

**Mountain State University™**

Name _____
Last                              First                              Middle

Student ID Number _____

Original Grade earned: Year _____   Semester: ☐ Fall  ☐ Spring  ☐ Summer 1  ☐ Summer 2

Course Name _____

Department _____  Number _____  Section _____  Hours _____

Instructor _____

Original grade issued _____   New grade _____

Reason for grade change _____

_____

_____

_____

• Practica: If credit hours were earned in more than one semester, a grade change request form is to be submitted for each semester.

## SIGNATURES:

_____                    _____
Instructor                                          Date

_____                    _____
Dean                                                Date

_____                    _____
Registrar                                           Date

# EXHIBIT J

# EXHIBIT J

**From:** Christy Brewer [mailto:ivypetals@hotmail.com]
**Sent:** Monday, July 26, 2010 6:59 PM
**To:** Rhonda Shepperd
**Subject:** RE:

Thank you Dr. Sheppard for fixing this. I would appreciate that you send a new and correct transcript when it is ready to UTMC.

*Christy Brewer*

From: shepperd@mountainstate.edu
To: ivypetals@hotmail.com
CC: mtilley@mountainstate.edu; ariffe@mountainstate.edu; rcarmel@mountainstate.edu; mwaddell@mountainstate.edu; jkeppe@mountainstate.edu
Date: Mon, 26 Jul 2010 16:57:16 -0400
Subject: RE:

Hello Christy!

I have looked into your grade issue as requested. The grade of "WP" which is withdrawal passing was never entered or showing for this course. It was a grade of "WIP" that was showing. The grade of "WIP" work in progress exists from the time the course begins until a final grade is submitted. Anytime a grade is changed it is documented by our system with a time stamp that includes the day, time and person that made the change. According to our records, the "WIP" was changed to a grade of "F" at 4:26 pm on December 16, 2009.

Melody Tilley and Angie Riffe, Associate Registrar, collaborated last week on the grade in question to get it changed to a grade of "W". Apparently, there were three withdrawal forms that never arrived for processing and yours happened to be one of them. Angie changed the grade at 1:36 pm on July 20, 2010 from the "F" to the "W". Unfortunately, the transcript had already been sent out.

The degree has not been certified yet so I need for Michele Waddell, Graduation Coordinator, to provide a status update on when that should be ready. She returns to the office in the morning so I will ask her for the update at that time. Once the degree is certified, we will expedite the transcript to UTMC to replace the one they received.

Please be advised that there was not any negligent mistake made. The form never arrived so there was no possibility that a mistake could be made in processing.

As for explaining it to your new employer, I would be more than happy to explain via email, phone or letter that the faculty member failed to submit a grade and the final grade

2

**MSU 00008**

automatically rolled to a grade of "F".  Furthermore, that that withdrawal form was never received by my staff to change the grade to a "W" and was notified last week there was a problem.  The problem has been resolved and a new transcript will be arriving shortly.

Should you want me to explain this to someone at UTMC, just send me the contact information in an email.  I will contact you once I have the update on the certification.

Dr. Shepperd
Registrar



**Dr. Rhonda Shepperd**
**Registrar & IS Science Faculty**
**phone (304) 929-1404**
**fax (304) 929-1336**
**Mountain State University**
**PO Box 9003**
**Beckley, WV 25802**

**From:** Christy Brewer [mailto:ivypetals@hotmail.com]
**Sent:** Monday, July 26, 2010 2:48 PM
**To:** Rhonda Shepperd
**Subject:**

July 26, 2010

I have been a student in the nurse anesthesia program. My last day of class and on campus was July 15, 2010.

Since I would not ever be back in the state of WV I completed a transcript request at the registrar's office on July 15th and asked that the official transcript with final grades and degree confirmation be mailed to the UTMC. My understanding was that this would have taken at least 3 weeks.

I have recently signed a contract with UTMC and am working on completing my credential packet. On July 16, 2010 I reviewed my grades on cougar web and seen an "F" posted for GCRNA 699 Sum 07-08. This class was taught by Mr. Wayne Ellis during the summer 2008. I was instructed by Dr. Ron Smith (the new Nurse Anesthesia Program director) to withdraw from the class as Mr. Ellis would no longer be associated with MSU and there was no instructor to continue with the course. I have the original withdraw forms and was passing the course when I withdrew. Once the withdrawal (summer 2008) was complete I checked my grades on cougar web and seen that there had been a "WP" posted under the course GCRNA 699 Sum07-08. I printed this documentation for my personal records. On July 16th the "F" was posted. How and why was the "WP" removed and replaced with an "F"?

3

MSU 00009

# EXHIBIT K

automatically rolled to a grade of "F".  Furthermore, that that withdrawal form was never received by my staff to change the grade to a "W" and was notified last week there was a problem.  The problem has been resolved and a new transcript will be arriving shortly.

Should you want me to explain this to someone at UTMC, just send me the contact information in an email.  I will contact you once I have the update on the certification.

Dr. Shepperd
Registrar



**Dr. Rhonda Shepperd**
**Registrar & IS Science Faculty**
**phone (304) 929-1404**
**fax (304) 929-1336**
**Mountain State University**
**PO Box 9003**
**Beckley, WV 25802**

**From:** Christy Brewer [mailto:ivypetals@hotmail.com]
**Sent:** Monday, July 26, 2010 2:48 PM
**To:** Rhonda Shepperd
**Subject:**

July 26, 2010

I have been a student in the nurse anesthesia program. My last day of class and on campus was July 15, 2010.

Since I would not ever be back in the state of WV I completed a transcript request at the registrar's office on July 15th and asked that the official transcript with final grades and degree confirmation be mailed to the UTMC. My understanding was that this would have taken at least 3 weeks.

I have recently signed a contract with UTMC and am working on completing my credential packet. On July 16, 2010 I reviewed my grades on cougar web and seen an "F" posted for GCRNA 699 Sum 07-08. This class was taught by Mr. Wayne Ellis during the summer 2008. I was instructed by Dr. Ron Smith (the new Nurse Anesthesia Program director) to withdraw from the class as Mr. Ellis would no longer be associated with MSU and there was no instructor to continue with the course. I have the original withdraw forms and was passing the course when I withdrew. Once the withdrawal (summer 2008) was complete I checked my grades on cougar web and seen that there had been a "WP" posted under the course GCRNA 699 Sum07-08. I printed this documentation for my personal records. On July 16th the "F" was posted. How and why was the "WP" removed and replaced with an "F"?

3

**MSU 00009**

On July 16th I contacted Melody Tilley and the program director Ms. Carmel to inform them that there was an error on my transcript. It is my understanding that the "F" has now been changed to a "W". My concern on the 16th was that an incorrect transcript was mailed to my new employer with the "F".

I was notified today by UTMC that an official transcript was received and the "F" is present. It was mailed on July 16th via the postal mark. I am embarrassed. How do I explain this negligent mistake to my new employer? Since I have been a student at MSU numerous errors like this have frequently occurred in all aspects of the University. I do not know how to explain this to the UTMC and request your assist in resolving this embarrassing matter. I can only hope for my sake (and yours) that this does not jeopardize my new position at the UTMC and my plans to begin the pHD program there. This mistake by MSU demands your Immediate attention.

Christy Brewer

Student ID 121041

<br>

THE UNIVERSITY of TENNESSEE
Medical Center

MSU 00010